✎GAM 35　　　　　　　**Report and Order Terminating Supervised Release**
(Rev. 2/06)　　　　　　　　　**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.　5:19-CR-00060-001 (MTT) |
| **MICHAEL SHAWN AUSTIN** | |

On August 29, 2022, the supervised release period of 36 months commenced. Michael Shawn Austin has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Michael Shawn Austin be discharged from supervision.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James O. Poe, III*

　　　　　　　　　　　　　　　　　　　　　　　James O. Poe, III
　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

　　Dated this　　15th　　day of　　February　　, 2024.

　　　　　　　　　　　　　　　　　　　　　　　S/ Marc T. Treadwell

　　　　　　　　　　　　　　　　　　　　　　　MARC T. TREADWELL
　　　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. DISTRICT JUDGE

RE: Michael Shawn Austin  Page 2
5:19-CR-00060-001 (MTT)

_Donald L. Coneway, Sr._  2/5/24
Supervising U.S. Probation Officer  Date

**Court Action:**

    X    Concur

          Do Not Concur

S/ Marc T. Treadwell  2/15/2024

Marc T. Treadwell  Date
Chief U.S. District Judge